UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SHCOMA N. GARDNER, | ) | CASE NO. 5:08CV2963 |
| Petitioner, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | JUDGMENT ENTRY |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED the § 2241 Petition and Petition to Expedite are denied pursuant to 28 U.S.C. §2243, but without prejudice to any §2255 motion petitioner may file in the sentencing court. Further, the court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

     *Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

March 30, 2009